UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AI MING NI,

        Plaintiff,                     **ECF CASE**

    v.

                                        08 Civ. 00385 (LBS)

MICHAEL B. MUKASEY, et al.,

        Defendants.           NOTICE OF APPEARANCE

------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          January 29, 2008

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney for the
                                       Southern District of New York

                          By:   /s/_____
                                       DAVID BOBER
                                       Assistant United States Attorney
                                       86 Chambers Street, 3rd Floor
                                       New York, New York 10007
                                       Telephone: (212) 637-2718
                                       Facsimile: (212) 637-2786
                                       Email: david.bober@usdoj.gov

To:    Yee Ling Poon, Esq.
        11 East Broadway, 5th Floor
        New York, NY 10038