**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3-27-08

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AI MING NI,

           Plaintiff,

- against -

ATTORNEY GENERAL MICHAEL B. MUKASEY, et al.,

           Defendants.

No. 08 Civ. 00385 (LBS)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants to answer, move, or otherwise respond to the above-captioned complaint is hereby adjourned to April 24, 2008.

New York, New York
March ___, 2008

LAW OFFICES OF YEE LING POON
Attorney for Plaintiff

_____
Yee Ling Poon, Esq.
11 East Broadway, 5th Floor
New York, New York 10038
Tel. (212) 385-4575
Fax (212) 385-4792

New York, New York
March 25, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

_____
David Bober, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2718
Fax (212) 637-2786

SO ORDERED:

_____
Hon. Leonard B. Sand
United States District Judge
3/27/08

- page 1 of 1 -

TOTAL P.02