MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, NY 10007
Tel.: (212) 637-2718
Fax: (212) 637-2786
david.bober@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AI MING NI,

                    Plaintiff,

  -against-                          **No. 08 Civ. 00385 (LBS)**

MICHAEL B. MUKASEY, Attorney General of    **ECF Case**
the United States, et al.,

                                               **NOTICE OF MOTION**
                    Defendants.

------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Motion of Defendants Michael B. Mukasey, Attorney General of the United States; Michael Chertoff, Secretary of Homeland Security; Kevin Ohlson, Director of the Executive Office for Immigration Review; Juan Osuna, Acting Chairman of the Board of Immigration Appeals; David L. Neal, Chief Judge of the Executive Office for Immigration Review; Emilio Gonzales, Director of United States Citizenship and Immigration Services; Susan Raufer, Director of the Lyndhurst, New Jersey Asylum Office of Citizenship and Immigration Services; and Robert D. Mueller, Director of the Federal Bureau of Investigation to Dismiss the Complaint, and upon all the pleadings filed in this action, defendants, by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for an order dismissing the

complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just.

Dated: New York, New York
       April 24, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendants

                         By:    /s/ David Bober
                              DAVID BOBER
                              Assistant United States Attorney
                              86 Chambers Street, 3d Floor
                              New York, NY  10007
                              Telephone:  (212) 637-2718
                              Facsimile:   (212) 637-2786