

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AI MING NI,

               Plaintiff,

- against -

ATTORNEY GENERAL MICHAEL B. MUKASEY, *et al.*,

               Defendants.

No. 08 Civ. 00385 (LBS)

**STIPULATION AND ORDER**

---

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

New York, New York
August 25, 2008

LAW OFFICES OF YEE LING POON
Attorney for Plaintiff

_____
Yee Ling Poon, Esq.
11 East Broadway, 5th Floor
New York, New York 10038
Tel.   (212) 385-4575
Fax   (212) 385-4792

New York, New York
August 26, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

_____
David Bober, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2718
Fax   (212) 637-2786

SO ORDERED:

_____
Hon. Leonard B. Sand
United States District Judge

6/27/09

- page 1 of 1 -